# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCOTT ROWINSKI, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CELGENE CORPORATION, MARK J. ALLES, RICHARD W. BARKER, HANS E. BISHOP, MICHAEL W. BONNEY, MICHAEL D. CASEY, CARRIE S. COX, MICHAEL A. FRIEDMAN, JULIA A. HALLER, PATRICIA A. HEMINGWAY HALL, JAMES J. LOUGHLIN, ERNEST MARIO, and JOHN H. WEILAND,<br><br>Defendants. | Case No. 19-cv-00382-RGA |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Scott Rowinski ("Plaintiff") voluntarily dismisses the above-captioned action (the "Action") with prejudice as to his individual claims, and without prejudice as to the claims of the putative class. Because this notice of dismissal is being filed before service by the defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: May 1, 2019

PAZUNIAK LAW OFFICE, LLC

By  */s/ George Pazuniak*
George Pazuniak (#478)
1201 Orange Street
7th Floor, Suite 7114
Wilmington, DE 19801-1186
Tel: (302) 478-4230
Email: gp@del-iplaw.com

**OF COUNSEL:**

**WEISSLAW LLP**
Richard A. Acocelli
Michael A. Rogovin
Kelly K. Moran
1500 Broadway, 16th Floor
New York, New York 10036
Tel: (212) 682-3025
Fax: (212) 682-3010

**BRAGAR EAGEL & SQUIRE, P.C.**
Melissa A. Fortunato
885 Third Avenue, Suite 3040
New York, New York 10022
Tel: (212) 308-5858
Fax: (212) 486-0462
Email: fortunato@bespc.com

*Attorneys for Plaintiff*